John M. CROUCH, Plaintiff–Appellant,

v.

PALO PINTO COUNTY JAIL; Bobby Walton, Chief Investigator, Palo Pinto Law Enforcement Center; Gary Morris, Deputy Marshal, Palo Pinto Law Enforcement Center; Jonell Hight, Sergeant, Palo Pinto Law Enforcement Center; Jack Moore, Corporal, Palo Pinto Law Enforcement Center, Defendants–Appellees.

No. 03–11018.

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 17, 2004.

John M. Crouch, pro se, Dallas, TX, for Plaintiff–Appellant.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM.*

John M. Crouch, Texas prisoner # 105575, appeals the district court's deni-

al of his motion for appointment of counsel to represent him in his 42 U.S.C. § 1983 action pending in the district court. The district court did not abuse its discretion in denying Crouch's motion. *See Ulmer v. Chancellor,* 691 F.2d 209, 212, 213 (5th Cir.1982). Consequently, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

